FILED

NOT FOR PUBLICATION

JUN 29 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| FRANCISCO MENDOZA TORRES; SUSANA ZEPEDA ESQUIVEL, a.k.a. Susanna Cepeda-Quivil, <br><br> Petitioners, <br><br> v. <br><br> ERIC H. HOLDER, Jr., Attorney General, <br><br> Respondent. | No. 09-73986 <br><br> Agency Nos. A075-771-014 <br> A075-771-015 <br><br> MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 15, 2011[**]

Before:    CANBY, O'SCANNLAIN, and FISHER, Circuit Judges.

Francisco Mendoza Torres and Susana Zepeda Esquivel, natives and citizens

of Mexico, petition for review of the Board of Immigration Appeals' order

dismissing their appeal from an immigration judge's ("IJ") decision denying their

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

applications for cancellation of removal.  We review de novo claims of due process violations in removal proceedings.  *Colmenar v. INS*, 210 F.3d 967, 971 (9th Cir. 2000).  We deny the petition for review.

Petitioners' claim that the IJ violated their due process rights by exhibiting bias and interrupting their testimony fails because the proceedings were not so fundamentally unfair that they were prevented from reasonably presenting their case, and they failed to demonstrate prejudice.  *See* id. at 971-72; Lata *v. INS*, 204 F.3d 1241, 1246 (9th Cir. 2000) (requiring prejudice for a petitioner to prevail on a due process claim).

**PETITION FOR REVIEW DENIED.**